**Order filed July 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00574-CV

_____

**WESTVIEW DRIVE INVESTMENTS, LLC AND JACK YETIV, Appellants**

**V.**

**LANDMARK AMERICAN INSURANCE CO., KING-PHILLIPS INSURANCE AGENCY, INC. AKA INSURTRUST INSURANCE, AND GREGORY MCGEHEE, Appellees**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-47829**

## ORDER

On June 23, 2016, this court ordered the Harris County District Clerk to prepare a supplemental clerk's record containing certain relevant items that were omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The supplemental record was filed June 28, 2016. Our review has determined that the following items included in the June 23 order was not included in the supplemental record:

1. All exhibits to Plaintiff's Response to Landmark's Motion for Partial Summary Judgment Addressing Mortgagee Coverages Under the Landmark Policy and Texas Law, filed February 28, 2014.

Accordingly, the Harris County District Clerk is directed to file a second supplemental clerk's record on or before **July 18, 2016**, containing those exhibits. If a requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM